Fill in this information to identify the case:

Debtor 1: Tamara K. Grubbs fka Tamara Coleman
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: Eastern District of Wisconsin (State)
Case number: 24-24298-gmh

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** BMO Bank, N.A.

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to Identify the debtor's account: 5055

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2025

**New total payment:** $749.07
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:** $408.91      **New escrow payment:** $400.47

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

**Current interest rate:** ____ %      **New interest rate:** ____ %

Current **principal and interest payment:** $ ____      New **principal and interest payment:** $ ____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: ____
**Current mortgage payment:** $ ____      **New mortgage payment:** $ ____

| Debtor 1 | Tamara K. Grubbs fka Tamara Coleman | Case number *(if known)* | 24-24298-gmh |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| **x** /s/ Matthew L. Comella | | Date | July 31, 2025 |
| Signature | | | |
| Print | Matthew L. Comella | Title | Attorney for Creditor |
| | First Name  Middle Name  Last Name | | |
| Company | Codilis, Moody & Circelli, P.C. | | |
| Address | 15W030 North Frontage Road, Suite 200 | | |
| | Number    Street | | |
| | Burr Ridge           IL           60527 | | |
| | City                 State        ZIP Code | | |
| Contact phone | (414) 775-7700 | Email | bkpleadingsEAST@wi.cslegal.com |

The 'current escrow payment' in the attached Escrow Statement does not match the previously filed NOPC or POC as this escrow payment is based on the contractual due date. The current escrow payment included in this Notice of Payment Change is based on the previously filed court record. This will not have any impact on the borrower.

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on July 31, 2025 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Scott Lieske, Chapter 13 Trustee, P.O. Box 510920, Milwaukee, WI 53203, by ECF Notice
Tamara K. Grubbs, Debtor, 1216 Geneva Street, Racine, WI 53404
Emily Katherine Ott, Attorney for Debtors, 2 E Mifflin St., Ste. 701, Madison, WI 53703 by ECF Notice
Office of the U.S. Trustee, 517 East Wisconsin Ave., Room 430, Milwaukee, WI 53202 by ECF notice

    /s/ Matthew L. Comella
    Attorney for Creditor

Shawn R. Hillmann, WI Bar No. 1037005
Matthew Comella, WI Bar No. 1096303
Peter C. Bastianen, IL Bar No. 6244346
Joel P. Fonferko, IL Bar No. 6276490
Codilis, Moody & Circelli, P.C.
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700
bkpleadingsEAST@wi.cslegal.com
50-23-00048
NOTE: This law firm is a debt collector.

| | | ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS | |
|---|---|---|---|
| BMO Bank N.A. | | HAZARD INS | 1,446.47 |
| 1 Corporate Drive, Suite 360 | | CITY TAX | 3,359.19 |
| Lake Zurich, IL 60047-8945 | | Total | $4,805.66 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**
**ACCOUNT NUMBER:**
**ESCROW ANALYSIS DATE: 07/21/2025**

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $348.60 |
| Required Escrow Payment | 400.47 |
| Shortage/Surplus Spread | |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

Marvin L Coleman
1216 Geneva St
Racine, WI 53404-3128

| | |
|---|---|
| **Total Payment** | **749.07** |
| **New Payment Effective Date:** | **09/01/2025** |

BMO Bank N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 09/2025 through 08/2026 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | $3,306.89 | $4,004.72 |
| SEP | $400.47 | | | | $1,446.47 | | $2,260.89 | $2,958.72 |
| OCT | $400.47 | | | | | | $2,661.36 | $3,359.19 |
| NOV | $400.47 | | | | | | $3,061.83 | $3,759.66 |
| DEC | $400.47 | | $3,359.19 | | | | $103.11 | $800.94 * |
| JAN | $400.47 | | | | | | $503.58 | $1,201.41 |
| FEB | $400.47 | | | | | | $904.05 | $1,601.88 |
| MAR | $400.47 | | | | | | $1,304.52 | $2,002.35 |
| APR | $400.47 | | | | | | 1,704.99 | $2,402.82 |
| MAY | $400.47 | | | | | | $2,105.46 | $2,803.29 |
| JUN | $400.47 | | | | | | $2,505.93 | $3,203.76 |
| JUL | $400.47 | | | | | | $2,906.40 | $3,604.23 |
| AUG | $400.47 | | | | | | $3,306.87 | $4,004.70 |
| Total | | | $3,359.19 | | $1,446.47 | | | |

*Indicates your projected low point of $103.11. Your required reserve balance is $800.94. The difference between the projected low point and required reserve balance is $697.83. This is your shortage.

If you have questions regarding this analysis, please write our Customer Service Department at BMO Bank N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-290-4759, Monday through Friday, 7:30 am to 10:00 pm, CST; Saturday 9:00 am to 2:00 pm CST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ████████          **Name:** Marvin L Coleman

This is a statement of actual activity in your escrow account from 09/2024 through 08/2025.  Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $674.55 of which $348.60 was for principal and interest and $325.95 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL |  |  |  |  |  | $4,089.02 | $4,617.17- |
| SEP | $408.91 | $651.90 * | $1,446.47 | $1,446.47 | HOME INS | $3,051.46 | $5,411.74- |
| OCT | $408.91 | * |  |  |  | $3,460.37 | $5,411.74- |
| NOV | $408.91 | $325.95 * |  |  |  | $3,869.28 | $5,085.79- |
| DEC | $408.91 | $651.90 * | $3,460.38 | $3,359.19 * | CITY TAX | $817.81 | $7,793.08- |
| JAN | $408.91 | $325.95 * |  |  |  | $1,226.72 | $7,467.13- |
| FEB | $408.91 | $325.95 * |  |  |  | $1,635.63 | $7,141.18- |
| MAR | $408.91 | * |  |  |  | $2,044.54 | $7,141.18- |
| APR | $408.91 | $1,955.70 * |  |  |  | $2,453.45 | $5,185.48- |
| MAY | $408.91 | $651.90 * |  |  |  | $2,862.36 | $4,533.58- |
| JUN | $408.91 | $651.90 * |  |  |  | $3,271.27 | $3,881.68- |
| JUL | $408.91 | $6,779.66 *Y |  |  |  | $3,680.18 | $2,897.98 |
| AUG | $408.91 | $408.91  Y |  |  |  | $4,089.09 | $3,306.89 |
| Total | $4,906.92 | $12,729.72 | $4,906.85 | $4,805.66 |  |  |  |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

Last year, we anticipated that payments from your escrow account would be made during this period equaling $4,906.85.  Under Federal Law, your lowest balance should not have exceeded $817.81 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount.  Under your mortgage contract and/or state law, your lowest balance should not have exceeded $817.81.